1 Scott J. Sagaria (SBN 217981)
  SJSagaria@sagarialaw.com
2 Elliot W. Gale (SBN 263326)
  EGale@sagarialaw.com
3 Joe Angelo (SBN 268542)
  JAngelo@sagarialaw.com
4 SAGARIA LAW, P.C.
  3017 Douglas Blvd., Ste 100
5 Roseville, CA 95661
  Telephone: (408) 279-2288
6 Facsimile: (408) 297-2299

7 Attorneys for Plaintiff Heather Kaimana

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER KAIMANA, | Case No.: 5:17-cv-01828-HRL |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Heather Kaimana and defendant Bank of America, N.A. that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER -1-

DATED: September 19, 2017 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Heather Kaimana

DATED: September 19, 2017 **McGuire Woods, LLP**

By: */s/ Raymond William Berry*
Raymond William Berry
Attorney for Defendant Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Raymond William Berry has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER -2-